# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 24-9756-CAS (JPRx)**                                          Date: **July 3, 2025**
Title:  <u>**Ferrari Financial Services, Inc. v. Lakeshore Hospice, Inc., et al.**</u>
========================================================================

**DOCKET ENTRY: Order to Show Cause**
========================================================================

PRESENT:

            **HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

|  <u>Bea Martinez</u>  |  <u>n/a</u>  |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

      On March 17, 2025, Plaintiff moved for a writ of possession of a Ferrari leased by Defendants. According to Plaintiff, the Ferrari at issue here is actually possessed by Alexander Everest (Mot., ECF No. 18 at 2-3), whom Plaintiff has sued in a separate lawsuit, CV 24-10699-CAS-KS, concerning this Ferrari as well as a different one. Plaintiff filed a similar motion in that case, which that court granted on July 2, 2025, requiring that the Ferrari involved here be turned over to Plaintiff, the same relief sought in the motion pending in this case. Thus, Plaintiff's application for a writ of possession in this case is likely moot.

      No later than seven days from the date of this order, the parties may show cause in writing why the application for a writ of possession and transfer order in this case is not moot in light of the issuance of the overlapping writ of possession in the -10699 case. If no party timely responds, the Court will deny the application as moot.

    cc: Judges Snyder and Stevenson

MINUTES FORM 11                                                                 Initials of Deputy Clerk __BM__
CIVIL-GEN